UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

NAJEE SHARIF WILKINS,

        Petitioner,               Case No. 2:20-cv-42

v.                                   Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motions seeking an evidentiary hearing (ECF No. 5) and appointment of counsel (ECF No. 6) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  June 25, 2020                    /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge