UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

NAJEE SHARIF WILKINS,

        Petitioner,             Case No. 2:20-cv-42

v.                                  Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   June 25, 2020                     /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge